ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Al Bahar Company | )  ASBCA No. 58416 |
| | ) |
| Under Contract No. W91GEU-08-P-5289 | ) |

APPEARANCE FOR THE APPELLANT:          Mr. Lauy Abbas Ahmed
                                       Owner

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                       Army Chief Trial Attorney
                                       MAJ Nicholes D. Dembinski, JA
                                       Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
ON APPELLANT'S MOTION FOR RECONSIDERATION

Appellant, *pro se*, has submitted an email dated 19 September 2014 that we interpret as a motion for reconsideration of our 4 August 2014 denial of this appeal. Board records establish that appellant received the Board's 4 August 2014 decision (that was sent by email)[1] no later than 7 August 2014. Board Rule 20 (revised 21 July 2014) requires the filing of a motion for reconsideration within 30 days of receipt of the decision for which reconsideration is sought (as did prior Rule 29). Appellant's motion was not filed within that 30-day time limit and must be dismissed as untimely. *Program and Construction Management Group, Inc.*, ASBCA No. 47048, 95-1 BCA ¶ 27,413, *aff'd,* 64 F.3d 676 (Fed. Cir. 1995) (*per curiam*) (table).

Appellant's motion for reconsideration is dismissed.

Dated:  24 September 2014

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

---

[1]  The Board routinely sends decisions to litigants in Iraq and Afghanistan by email due to the absence of a functioning mail system.

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58416, Appeal of Al Bahar Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2